UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KEVIN JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:21-cv-00641-SRC |
| | ) |
| USIC, | ) |
| | ) |
| Defendant. | ) |

## Judgment

For the reasons stated in the order of dismissal entered on this date and incorporated herein, the Court orders that plaintiff's action is dismissed without prejudice. An appeal from this dismissal would not be taken in good faith.

Dated this 16th day of February 2022.

STEPHEN R. CLARK
UNITED STATES DISTRICT JUDGE